12 CIV. 0098

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Stephen Lee Pieck_
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_Marshall Mathers III_
_Shady Records/Enterprises_
_270 Lafayette Street_
_Suite 805 Manhattan_
_NY 10012_

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
JAN 12 2012
U.S.D.C.
WP

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Stephen Lee Pieck_
Street Address _7 Lincoln Pl_
County, City _Ossining  Westchester_
State & Zip Code _New York  10562_
Telephone Number _(914) 432-5610 (914) 373-8031_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1    Name *MARSHALL MATHERS III*
Street Address *270 LAFAyette Street*
County, City *MANHATTAN, New York*
State & Zip Code *New York 10012*
Telephone Number *(212) 324-2410*

Defendant No. 2    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 3    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions        ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *COPYRIGHT ACTION (17 U.S.C. § 501.) 28 U.S.C. § 1400(A) PATENT ACTION (35 U.S.C. § 271  28 U.S.C. § 1400(B)*

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
Plaintiff(s) state(s) of citizenship *N/A*
Defendant(s) state(s) of citizenship *N/A*

*Rev. 05/2010*

III.    **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? **Legal Seafood White Plains, New York 10601**

B.   What date and approximate time did the events giving rise to your claim(s) occur? **September 9th 2010 11:30 PM**

C.   Facts: **I Stephen Pieck was in Legal Seafood which is a resturant in White Plains New York on September 9th 2010. I was with Jordan Brahman, Christina Aguilera and Stefani Germanota. Christina called Marshall Mathers. Christina Aguilera then handed me the phone so I could speak to Marshall Mathers. I told him that I was a songwriter and that I just wrote Only Girl In The World for Rihanna. He then preceded to ask me if he should do an advertisement for Chrysler. I told him based on the fact that his song Beautiful Conversation has information pertaining**

- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

IV.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. **N/A**

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. *I want the court to reward me a judgement in the amount of nine million dollars. I designed every aspect of the commerical and the commerical was stolen from me. In addition, I did not recieve compensation in monetary terms for the work I did*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this *13* day of *January*, 20*12*.

Signature of Plaintiff    *Stephen Lee Riccio*
Mailing Address           *7 Lincoln Pl*
                          *Ossining, NY 10562*

Telephone Number          *(914) 432-5610*
Fax Number *(if you have one)*

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____
Inmate Number          _____

Rev. 05/2010

2)

IN ADDITION, I TOLD HIM THAT THERE SHOULD BE TWO DIFFERENT SCENES. ONE SCENE SHOULD HAVE THE CHRYSLER MOVING SLOWLY AND ANOTHER SCENE SHOULD HAVE THE CHRYSLER MOVING FAST. I ALSO TOLD HIM THAT THE NARATOR SHOULD TELL THE CONSUMERS WHAT CURRENT DEALS CHRYSLER IS OFFERING. I THEN TOLD HIM THAT THE LAST SCENE SHOULD HAVE THE CURRENT DEALS AND PRICES AND THE CHRYSLER SYMBOL SHOULD APPEAR AND BE FLIPED UPWARDS AT THE BOTTOM OF THE ADVERTISEMENT WHICH REPRESENTS MY SIGNATURE IN AN AUTOMOBILE ADVERTISEMENT IN A COMMERICAL. IN OTHER WORDS, I CREATED AND DESIGNED EVERY ASPECT OF THAT COMMERICAL. IN ADDITION, MARSHALL MATHERS AGREED TO SELL THE COMMERICAL TO CHRYSLER AND PAY ME FIFTY PERCENT OF THE PROFITS HE WAS PAID BY CHRYSLER

III - Statement of Claim continued.

(1)

to the manafacturing industry and what a bad state the city of Detroit is in, He should do the commerical. Marshall Mathers then asked me for ideas and how he should precede with the commerical. I told him that the opening scene should have him standing in front of a stage and a choir wearing red should be standing on top of the stage. I also told him that his opening line should be "THIS IS Detroit and this is what we do". I also told him that he should be driving the Chrysler car in an urban setting with glass buildings and the reflection of the car should be seen on the glass buildings. I also told him that the Chrysler should be displayed in the ad from different angles.